U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 11 2018

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| --- | --- | --- |
| | * | |
| VERSUS | * | 18 U.S.C. § 2241(c) |
| | * | 18 U.S.C. § 2243(a)(1) |
| | * | |
| RONALD W. ALLEN JR. | * | |

2:18-CR-00278
Unassigned District Judge
Magistrate Judge Kay

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1

### AGGRAVATED SEXUAL ABUSE
### 18 U.S.C. § 2241(c)

Beginning on an unknown date but reasonably near to on or about the 17th day of April, 2012 and continuing until on or about the 23rd day of June, 2013, in the Western District of Louisiana, in the special territorial jurisdiction of the United States, at Fort Polk Military Base, the defendant, RONALD W. ALLEN JR., did knowingly engage in a sexual act as defined in Title 18 United States Code, Section 2246(2), with a minor under the age of 12, in violation of Title 18, United States Code, Section 2241(c). [18 U.S.C. § 2241(c)].

1

## COUNT 2

### SEXUAL ABUSE OF A MINOR OR WARD
### 18 U.S.C. § 2243A(a)(1)

Beginning on or about the 19th day of November, 2015 and continuing until on or about the 17th day of June, 2016, in the Western District of Louisiana, in the special territorial jurisdiction of the United States, at Fort Polk Military Base, the defendant, RONALD W. ALLEN JR., did knowingly engage in a sexual act as defined in Title 18 United States Code, Section 2246(2) with a minor between the ages of 12 years and 16 years, and who was at least 4 years younger than the defendant, in violation of Title 18, United States Code, Section 2243(a)(1). [18 U.S.C. § 2243(a)(1)].

A TRUE BILL:

# REDACTED

FOREPERSON: GRAND JURY

DAVID C. JOSEPH
United States Attorney

By: _____
JOHN LUKE WALKER (LA Bar #18077)
Assistant United States Attorney
Western District of Louisiana
800 Lafayette Street, Suite 2200
Lafayette, LA 70501-6832
Telephone: (337) 262-6618