**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Court convened at 11:02 a.m. on October 11, 2018, and recessed at 11:13 a.m.

PRESENT:   Carol B. Whitehurst, Magistrate Judge, Presiding
Christina Chicola, Minute Clerk
Recorded: Liberty Court Recorder CRM6
Time in Court: 11 minutes

**GRAND JURY REPORT**

 X   Partial Report
 X   Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 6:18-CR-00269-01*** | X | |
| 6:18-CR-00271-01*** | X | |
| 6:18-CR-00273-01*** | X | |
| 2:18-CR-00276-01*** | X | |
| 2:18-CR-00277-01* | X | |
| 2:18-CR-00278-01*** | X | |
| 2:18-CR-00279-01* | X | |
| 2:18-CR-00280-01* | X | |
| 2:18-CR-00281-01* | X | |
| 2:18-CR-00282-01* | X | |
| 2:18-CR-00283-01* | X | |
| 1:18-CR-00284-01* | X | |
| 1:18-CR-00285-01*** | X | |

SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 6:18-CR-00272-01 | X | |
| 6:18-CR-00274-01 | X | |
| 2:18-CR-00275-01 | X | |

<u> X </u> Warrants/summons ordered issued as indicated.
<u> * </u> In Federal Custody
<u> ** </u> Superseding Indictment
<u> *** </u> State Custody