UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER: 18-CR-00278 |
| | * | |
| VERSUS | * | JUDGE |
| | * | |
| RONALD W. ALLEN, JR. | * | MAGISTRATE JUDGE KAY |

UNITED STATES' REQUEST FOR DISCOVERY

The United States of America hereby requests that the defendant disclose all matters listed in Paragraphs I(B)(1) and (2) of the Pretrial Criminal Scheduling Order, including sub-paragraphs (a) and (b).

Respectfully submitted,

DAVID C. JOSEPH
United States Attorney

 10/28/2018                          s/John Luke Walker
DATE                                JOHN LUKE WALKER, LA Bar: 18077
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: 337-262-6618

**CERTIFICATE**

I hereby certify that on October 28, 2018, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system.

s/John Luke Walker
JOHN LUKE WALKER
Assistant United States Attorney