# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.  2:18-CR-00278** |
| **VERSUS** | **JUDGE** |
| **RONALD W. ALLEN JR.** | **MAGISTRATE JUDGE KAY** |

## DEFENDANT'S REQUEST FOR DISCOVERY

RONALD W. ALLEN, JR., defendant herein, hereby requests that the United States provide the specific discovery detailed in the attached MEMORANDUM IN SUPPORT OF DEFENDANT'S REQUEST FOR DISCOVERY.

RESPECTFULLY SUBMITTED,

REBECCA L. HUDSMITH
FEDERAL PUBLIC DEFENDER FOR THE
MIDDLE & WESTERN DISTRICTS OF LOUISIANA

BY:   **S/ WAYNE J. BLANCHARD (LA #3113)**
Assistant Federal Public Defender
102 Versailles Blvd., Suite 816
Lafayette, Louisiana  70501
(337)262-6336 (Phone)     (337)262-6605 (Fax)

COUNSEL FOR RONALD W. ALLEN, JR.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the above DEFENDANT'S REQUEST FOR DISCOVERY

has been served on Mr. JOHN LUKE WALKER, Assistant United States Attorney, 800 Lafayette

Street, Suite 2200, Lafayette, Louisiana  70501, via notice of electronic filing (NEF).

Lafayette, Louisiana, May 17, 2019.


<u>S/ WAYNE J. BLANCHARD</u>