# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.  2:18-CR-00278 |
| VERSUS | JUDGE ZAINEY |
| RONALD W. ALLEN JR. | MAGISTRATE JUDGE KAY |

## MEMORANDUM IN SUPPORT OF DEFENDANT'S REQUEST FOR DISCOVERY

RONALD W. ALLEN, JR., defendant herein, hereby requests that the United States provide the specific discovery detailed, as follows:

1.

Federal Rules of Criminal Procedure, Rule 16(a)(1)(F), Discovery and Inspection, provides that upon request by a defendant:

> the government must permit a defendant to inspect and to copy or photograph the results or reports of any physical or mental examination and of any scientific test or experiment if:
> (i) the item is within the government's possession, custody, or control;
> (ii) the attorney for the government knows--or through due diligence could know--that the item exists; and
> (iii) the item is material to preparing the defense or the government intends to use the item in its case-in-chief at trial.

2.

The government has provided a report detailing the results of DNA testing, and intends to call an expert to testify to those results at Mr. Allen's trial.  In order to effectively defend Mr. Allen, the undersigned has hired Bode Technology, 10430 Furnace Rd., Suite 107, Lorton, VA 22079, to review the DNA report.  The undersigned has been informed by Bode Technology that to perform

their review the government must provide the following:

CASE FILE, in its entirety, also,
CHAIN OF CUSTODY DOCUMENTS
COPIES OF PHOTOGRAPHS OF EVIDENCE
ALL LAB NOTES AND BENCHNOTES
INTERPRETATIONAL GUIDELINES
COPIES OF ELECTROPHEROGRAMS OR GEL IMAGES
COPY OF ALL REPORTS ISSUED
DATABASE & INDEX INFORMATION & ALL CALCULATIONS
CV(S) OF ANALYST(S) PERFORMING TESTING
PROTOCOLS USED FOR CASE ANALYSIS
QUALITY ASSURANCE MANUAL
QUANTITATION RESULTS AND IMAGES
Proficiency Studies from analysts
ALL LAB ACCREDITATIONS
Documentation of Corrective Action for Discrepancies and Errors relating to this
case
All communication relating to this case
Electronic Raw Data

3.

In order to complete their testing and evaluation by June 30, 2019, Bode Technology that this
information and documents be provided no later than Monday, June 3, 2019.  Attached as exhibits
are a proposed Order and a completed Bode Technology Case Review Form.

RESPECTFULLY SUBMITTED,

REBECCA L. HUDSMITH
FEDERAL PUBLIC DEFENDER FOR THE
MIDDLE & WESTERN DISTRICTS OF LOUISIANA

BY:    **S/ WAYNE J. BLANCHARD (LA #3113)**
Assistant Federal Public Defender
102 Versailles Blvd., Suite 816
Lafayette, Louisiana  70501

2

(337)262-6336 (Phone)      (337)262-6605 (Fax)

COUNSEL FOR RONALD W. ALLEN, JR.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above MEMORANDUM IN SUPPORT OF DEFENDANT'S REQUEST FOR DISCOVERY has been served upon J. Luke Walker, Assistant United States Attorney, 800 Lafayette Street, Suite 2200, Lafayette, Louisiana  70501, via notice of electronic filing (NEF).

Lafayette, Louisiana, May 17, 2019.


S/ WAYNE J. BLANCHARD

3