# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION
### (Held in Lafayette Division)

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:18-CR-00278-01** |
| **VERSUS** | **JUDGE ZAINEY** |
| **RONALD W ALLEN JR (01)** | **MAGISTRATE JUDGE KAY** |

## MINUTES OF COURT:
### PLEA AGREEMENT HEARING (*Missouri vs. Frye*, 132 S.Ct. 1399 (2012))

| | | | |
|---|---|---|---|
| Date: | July 25, 2019 | Presiding: | Judge Jay C. Zainey |
| Court Opened: | 11:35 a.m. | Courtroom Deputy: | Chris Guidry |
| Court Adjourned: | 11:50 a.m. | Court Reporter: | Gayle Wear |
| Statistical Time: | 15 Min. | Courtroom: | CR4 |

## APPEARANCES

| | | |
|---|---|---|
| John Luke Walker | For | United States of America |
| Wayne J Blanchard | For | Ronald W Allen, Jr (01), Defendant |
| Ronald W Allen, Jr., Defendant | | |

## PROCEEDINGS

The defendant was present with counsel. The Court was informed that the government made an offer for a plea agreement to the defendant. The details of the offer were put on the record. The defendant was informed of the minimum and maximum penalties for pleading guilty or proceeding to trial. The defendant did not accept the offer. The government advised that the plea offer will remain open until Monday, July 29, 2019 at noon.

The defendant is remanded pending the jury trial set for August 5, 2019, at 9:00 a.m.