# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

**UNITED STATES OF AMERICA**              **CASE NO.  2:18-CR-00278-01**

**VERSUS**                                **JUDGE ZAINEY**

**RONALD W ALLEN JR (01)**                **MAGISTRATE JUDGE KAY**

## RULING AND REASONS

Before the Court is a "Motion to Dismiss" (Doc. 102) wherein Defendant Ronald W. Allen, Jr. moves to dismiss, without prejudice the Notice of Appeal[1] as to the Final Judgment and the Notice of Appeal[2] as to the Order denying Allen's release from custody pending appeal. The Court is without jurisdiction to dismiss Allen's appeals to the Fifth Circuit Court of Appeal.  Allen must make that request to the Fifth Circuit. See  *Alaska Elec. Pension Fund v. Flowserve Corp.,* 572 F.3d 221 (5th Cir. 2009) ("[t]he filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.") Accordingly, it is

**ORDERED** that the Motion to Dismiss is hereby **DENIED.**

**THUS DONE AND SIGNED** in New Orleans, Louisiana on this 4th day of August, 2020.

_____
**JAY C. ZAINEY**
**UNITED STATES DISTRICT JUDGE**

---

[1] Docs. 66, 67, and 68.
[2] Doc. 76.