# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:18-CR-00278-01** |
| **VERSUS** | **JUDGE ZAINEY** |
| **RONALD W ALLEN JR (01)** | **MAGISTRATE JUDGE KAY** |

## RULING AND REASONS

Before the Court is an "Addendum to Motion to Dismiss for Count 1 & Count 2" (Doc. 119) wherein Defendant Ronald W. Allen, Jr. moves to dismiss these Counts based on his assertion that the Counts charged against him in the Indictment did not include the specific and detailed acts of sexual misconduct committed against the victim in this case. Allen appears to argue that the Indictment which included the elements of the offense, but not the specific and detailed acts of misconduct, was not sufficient to apprise him in order to prepare his defense at trial.

The Court finds that this is not a case that requires specific and detailed acts of misconduct as Allen suggests. In other words, Counts 1 & 2 as set forth in the Indictment do not crucially depend upon the specific factual acts of misconduct. Allen's reliance on *Russell v. U.S.,* 369 U.S. 749 (1962) is misplaced. There is no doubt that the Indictment sufficiently apprised Allen of the charges set forth in Counts 1 and 2.

## CONCLUSION

For the reasons set forth above and also in the Court's Ruling and Reasons issued August 13, 2020,[1]

---

[1] Doc. 117.

**IT IS ORDERED** that the Addendum to the Motion to Dismiss for Counts 1 and 2 is hereby **DENIED.**

**THUS DONE AND SIGNED** in New Orleans, Louisiana on this 18th day of August, 2020.

_____
**JAY C. ZAINEY**
**UNITED STATES DISTRICT JUDGE**